No. 6157. KIMBRO *v.* RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 6159. HOWARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6160. ANGLE *v.* LAIRD, SECRETARY OF DEFENSE. C. A. 10th Cir. Certiorari denied.

No. 6161. FRISTOE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6162. WILLIAMS *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 6167. MANNING *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 6168. VIGIL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 6169. CRESPO *v.* LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6170. PACHECO *v.* CASSCLES, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6173. JOSEPH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6175. SPIGNER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6177. CURTIS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 6178. CANTRELL *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 6179. SEWELL *v.* AVERY, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. D. C. Cir. Certiorari denied.